## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNNY MCFADDEN,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **CVS PHARMACY, INC., ET AL.,** | **NO.  20-1715** |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 21st day of July, 2020, upon consideration of Plaintiff's Motion to Remand (ECF 7) and Defendant's Response thereto (ECF 8), **IT IS ORDERED** that Plaintiff's motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**